ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISHAT NURDINOV,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KRISTI NOEM, ET AL.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:25-CV-2640-JDP<br><br>[~~PROPOSED~~] ORDER TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS |

Good cause being established, Defendants' motion to stay this case is granted. Defendants' response to plaintiff's complaint is due 47 days after Congress has restored appropriations to the Department of Justice. All other deadlines and appearances are similarly extended.

IT IS SO ORDERED.

Dated:   November 5, 2025                    _____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE